**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
Attorneys for Defendant E. I. DuPont De Nemours & Company
(RAC1922)

RECEIVED
WALSH, CLER

2006 JUL -7 A II: 16

UNITED STATES
DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD COLES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>E. I. DuPONT De NEMOURS & COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 06CV3080 (RMB)<br><br>**CERTIFICATION OF SERVICE** |

JUSTINE A. CUTCHIS, of full age, hereby declare as follows:

1. On July 6, 2006, I caused to be mailed via Lawyers Service, a properly addressed and sealed envelope containing a Notice to Adverse Party of Filing of Notice of Removal to which was attached a copy of the Notice of Removal, and Copies of all Pleadings in State Court, as well as a copy of the Notice to Clerk of the Superior Court of Filing of Notice of Removal, to plaintiff's counsel, Philip Stephen Fuoco, Esq. and Stephen P. DeNittis, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

*Justine A. Cutchis*
JUSTINE A. CUTCHIS

Dated: July 6, 2006

1034491