[Dkt. No. 216]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| MISTY SCOTT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>        Defendant. | Civil No. 06-3080 (RMB)<br><br>**ORDER** |

THIS MATTER having come before the Court upon Plaintiffs' motion to strike; and the Court having considered the moving papers; and for the reasons expressed on the record this date;

IT IS HEREBY **ORDERED** that Plaintiffs' motion to strike is **GRANTED** in part and **DENIED** in part.

Dated: November 20, 2008      s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              UNITED STATES DISTRICT JUDGE